| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | WC Braker Portfolio, LLC | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4482115 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**814 Lavaca Street**<br>**Austin, TX 78701**<br>Number, Street, City, State & ZIP Code<br><br>**Travis**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**See Attached**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **WC Braker Portfolio, LLC**  
      Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | | District | When | Case number |
   |---|---|---|---|
   | | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

Debtor **WC Braker Portfolio, LLC**
Name

Case number (*if known*)

List all cases. If more than 1, attach a separate list

Debtor **See Attached**

Relationship

District

When

Case number, if known

11. **Why is the case filed in *this district*?**
Check all that apply:
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard?
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?**
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency
      Contact name
      Phone

**Statistical and administrative information**

13. **Debtor's estimation of available funds**
Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. **Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

16. **Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | WC Braker Portfolio, LLC | Case number (if known) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 2, 2022**
MM / DD / YYYY

X /s/ Natin Paul
Signature of authorized representative of debtor

**Natin Paul**
Printed name

Title **Authorized Signatory**

**18. Signature of attorney**

X /s/ Todd Headden
Signature of attorney for debtor

Date **May 2, 2022**
MM / DD / YYYY

**Todd Headden 24096285**
Printed name

**Hayward PLLC**
Firm name

**901 Mopac Expressway
Building 1, Suite 300
Austin, TX 78746**
Number, Street, City, State & ZIP Code

Contact phone **737-881-7100**    Email address **theadden@haywardfirm.com**

**24096285 TX**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

## PROPERTIES

| Individual Property | Address |
|---|---|
| Braker A | 1836 Kramer, Austin, Texas 78758 |
| Braker B | 1908 Kramer Lane, Austin, Texas 78758 |
| Braker D | 1901 W Braker Lane, Austin, Texas 78758 |
| Braker E | 1909 W Braker Lane, Austin, Texas 78758 |
| Braker F | 1817 W Braker Lane, Austin, Texas 78758 |
| Braker G | 11109 Metric Blvd, Austin, Texas 78758 |
| Braker I | 11101 Metric Blvd., Austin, Texas 78758 |
| Braker J | 11009 Metric Blvd., Austin, Texas 78758 |
| Braker M1, M2, M3, M4 | 11500 Metric Boulevard, Austin, Texas 78758 |
| Lonestar Center | 1910 W Braker Lane, Austin, Texas 78758 |
| Braker One | 2100 Kramer Lane, Austin, Texas 78758 |

## AFFILIATED CASES

1. WC South Congress Square LLC (Case No. 20-11107-tmd) (Bankr. W.D. Tex);
2. WC 3rd and Trinity, LP (Case No. 21-10252-tmd) (Bankr. W.D. Tex);
3. WC Culebra Crossing SA, LP (Case No. 21-10360-tmd) (Bankr. W.D. Tex);
4. Arboretum Crossing, LLC (Case No. 21-10546-tmd) (Bankr. W.D. Tex);
5. WC 717 N. Harwood Property, LLC (Case No. 21-10630-tmd) (Bankr. W.D. Tex);
6. WC Met Center, LLC, (Case No. 21-10698-tmd) (Bankr. W.D. Tex);
7. 6th and San Jacinto, LLC (Case No. 21-10942) (Bankr. W.D. Tex);
8. WC 511 Barton Blvd, LLC (Case No. 21-10943) (Bankr. W.D. Tex);
9. GVS Texas Holdings I, LLC et al (Case No. 21-31121-MVL) (Bankr. N.D. Tex);

and

10. WC Manhattan Place Property, LLC (Case No. 22-10047-tmd) (Bankr. W.D. Tex);
11. WC Alamo Industrial Center, LP (Case No. 22-10226-tmd) (Bankr. W.D. Tex)

AFFILIATE CASE LIST:5662049_1