**United States Bankruptcy Court**
**Western District of Texas**

In re    **WC Braker Portfolio, LLC**                       Case No.

                                          Debtor(s)            Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  2, 2022**                             **/s/ Natin Paul**
                                                      **Natin Paul/Authorized Signatory**
                                                      Signer/Title

Action Behavior Centers LLC
1600 Westlake Dr.
Austin, TX 78746

ADT Security Services Inc.
1817 W. Braker Ln, F-300-F-400
Austin, TX 78758

Airship Syndicate Entertainment Inc.
11500 Metric Blvd., Ste. 430
Austin, TX 78758

Aptara Inc. dba iEnergizer
2901 Telestar Ct., Ste. 522
Falls Church, VA 22042

Arrow Electronics Inc.
5201 Tennyson Pkwy., Ste. 200
Plano, TX 75024

Atkins North America Inc.
City Plaza
445 North Blvd., Ste. 805
Baton Rouge, LA 70802

ATX Braker SR, LLC
11755 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025

Braun Intertec Corporation
fka W&M Environmental Group LLC
1101 Hampshire Ave.
Minneapolis, MN 55438

Caffrey & Company LLC
2100 Kramer Ln. Ste. 100
Austin, TX 78758

CallFire Inc.
1410 2nd St., Ste. 200
Santa Monica, CA 90401

Central Security Group Inc.
2448 E. 81st St., 43rd Floor
Tulsa, OK 74137

City of Austin
PO Box 2267
Austin, TX 78783-2267


Clarus Vision LLC
1826 Kramer Lane, Ste. G
Austin, TX 78758


David Simmons
1910 West Braker Ln., Ste. 400
Austin, TX 78758


Davila General Contractors LLC
821 San Antonio St., Ste. 500
Austin, TX 78701


Double Line Inc.
1817 Kramer Lane
Bldg. F, Ste. 100
Austin, TX 78758


eOne Integrated Business Solutions LLC
2632 47th Street S., Ste. 111
Fargo, ND 58104


Excel Fitness Holdings Inc.
dba Planet Fitness
1901 W. Braker Ln., Ste. D-400
Austin, TX 78758


George P. Johnson Company
3600 Giddings Rd.
Auburn Hills, MI 48326


Gibson, Dunn & Crutcher LLP
Attn: Jesse Shapiro
333 South Grand Avenue
Los Angeles, CA 90071


Gibson, Dunn & Crutcher LLP
Attn: Mitchell A. Karlan
200 Park Avenue
New York, NY 10166-0193

Grande Communication
PO Box 679367
Dallas, TX 75267


Gursel, LLC
Attn: Gursel J. Shabani
11701 Hidden Quail Dr.
Austin, TX 78758


Halal Brothers LLC
1910 W. Braker Ln., Ste. 800
Austin, TX 78758


HGR Industrial Surplus Inc.
20001 Euclid Ave.
OH 44170


Honor Technology Inc.
201 Third St., Ste. 1010
San Francisco, CA 94103


Howard E. Schreiber
c/o Hunton Andrews Kurth LLP
1445 Ross Ave., Ste. 3700
Dallas, TX 75202


Howmedica Osteonics Corp.
dba Styker Orthopedics
11500 Metric Blvd., Ste. 495
Austin, TX 78758


Image API, Inc.
2100 Kramer Ln., Ste. 700
Austin, TX 78758


Inoca Holdco II LLC
FCS Fox Commercial Services LLC
PO Box 19047
Austin, TX 78760


J. Wales Enterprises LLC
4809 Century Dr.
Fort Worth, TX 76140

JPMorgan Chase Bank, N.A.
Attn: Jennifer Lewin
383 Madison Avenue
New York, NY 10179

Kibo Software Inc.
104 Decker Ct., #110
Irving, TX 75062

Kinetics Systems, Inc.
3083 Independence Dr.
Livermore, CA 94551

Kroem Lanh/Central Donut
11505 Lake Victors Dr.
Pflugerville, TX 78660

Lee Structured Cabling Inc.
3007 Longhorn Blvd., Ste. 109
Austin, TX 78758

Lite-On, Inc.
1826 Kramer Lane
Bldg. A, Ste. D
Austin, TX 78758

Lone Star Capital Bank, NA
1910 W. Braker Lane
Bldg. 3, Ste. 100
Austin, TX 78758

MCRT Gulf Coast
Southwest Construction LLC
5910 N. Central Expy., Ste. 1100
Dallas, TX 75206

Merch Revolution LLC
Haute Rock Creative
1901 W. Braker Ln., Ste. D-200
Austin, TX 78758

Motoza LLC
2100 Kramer Ln., Ste. 750
Austin, TX 78758

```
ONLINEMEDED LLC
11500 Metric Blvd., Ste. 330
Austin, TX 78758


Owlchemy Labs Inc.
8920 Business Park Dr., Ste. 110
Austin, TX 78759


Prismnet Ltd.
11500 Metric Blvd.
Bldg. M2, Ste. 280
Austin, TX 78758


Rainbow Pizza LLC
Domino's Pizza
216 W. Village Rd., Ste. 302
Corpus Christi, TX 78401


Raymond Construction Co., Inc.
3100 Research Dr., Ste. 100
Richardson, TX 75082


Smith & Nephew Inc.
11101 Metric Blvd., Ste. I-100-I-200
Austin, TX 78758


Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074


Subway Real Estate Corp.
325 Bic Drive
Milford, CT 06461


Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913


The Terminix International Company LP
1836 Kramer
Bldg. A, Ste. F
Austin, TX 78758
```

United Technologies Corporation
Pratt & Whitney Division
1909 W. Braker Lane
Bldg. E, Ste. 300
Austin, TX 78758

Virtuix Inc.
1826 Kramer Ln., Ste. H
Austin, TX 78758

Waste Connections
Lone Star Inc.
PO Box 742695
Cincinnati, OH 45274-2695

Xoriant Corporation
2522 Chambers Road, Ste. 100
Tustin, CA 92780