

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 03, 2022.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-10293-tmd |
| WC BRAKER PORTFOLIO, LLC | § | CHAPTER 11 |
|     Debtor. | § | |

## ORDER TO SHOW CAUSE

On March 7, 2022, the Court held a hearing in an affiliate case, WC Culebra SA, LP, Case No. 21-10360, on a motion seeking conversion filed by the U.S. Trustee because WC Culebra had not filed monthly operating reports or paid U.S. Trustee fees in several months. Right before the hearing, the WC Culebra filed the untimely monthly operating reports, which strongly suggested that WC Culebra made several transfers of cash with neither lender consent nor Court approval. On March 8, 2022, the Court entered orders in all the bankruptcy cases filed by WC Culebra SA, LP's affiliates directing them to appear and show cause why a chapter 11 trustee should not be appointed.

As this Debtor is also an affiliate of WC Culebra SA, LP, the Court finds that the Debtor should appear and show cause why a chapter 11 trustee should not be appointed in this case to ensure that no unauthorized transfers are made by the Debtor, and to ensure that monthly operating reports are timely filed. Due to the expense this would entail, the Court

invites participation and comment by the Debtor's owners, affiliates, lenders, and the U.S. Trustee's office.

ACCORDINGLY, IT IS ORDERED that the Debtor appear at a hearing on May 23, 2022 at 2:45 p.m. and show cause why a chapter 11 trustee should not be appointed.

# # #