**Fill in this information to identify the case:**

Debtor name: **WC Braker Portfolio, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **22-10293-tmd**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 162,797,682.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ 11,538,654.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ 174,336,336.51

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 73,876,895.62

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 675,498.97

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b $ 74,552,394.59

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WC Braker Portfolio, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-10293-tmd |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Chase Bank | checking | 7379 | $2,075.41 |

4. **Other cash equivalents** *(Identify all)*

   Reserves/Cash Management Account
   JPMorgan Lockbox #618578642
   
   | 4.1. JP Morgan Cash Management #618578634 | | | $10,507,749.00 |
   |---|---|---|---|

5. **Total of Part 1.** | | | | $10,509,824.41 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. City of Austin utility deposit | $2,400.00 |
   |---|---|

| Debtor | **WC Braker Portfolio, LLC** | Case number (If known) **22-10293-tmd** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **Tenant Security Deposits** | $808,069.86 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $810,469.86
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **86,872.52**   -   **33,268.22** = ....    **$53,604.30**
                                     face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:    **1,138,666.98**   -   **973,911.04** =....    **$164,755.94**
                                     face amount       doubtful or uncollectible accounts

12. **Total of Part 3.** $218,360.24
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

| Debtor | **WC Braker Portfolio, LLC** | Case number (If known) | **22-10293-tmd** |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **2100 Kramer Lane, Austin, TX 78758** | | $0.00 | Travis CAD | $29,894,613.00 |
| 55.2. | **1909 W. Braker Lane, Austin, TX 78758** | | $0.00 | Travis CAD | $12,123,696.00 |
| 55.3. | **1910 W. Braker Lane, Austin, TX 78758** | | $0.00 | Travis CAD | $4,459,877.00 |
| 55.4. | **11101 Metric Blvd., Austin, TX 78758** | | $0.00 | Travis CAD | $16,630,326.00 |
| 55.5. | **1836 Kramer Lane, Austin, TX 78758** | | $0.00 | Travis CAD | $13,157,201.00 |
| 55.6. | **1908 Kramer Lane, Austin, TX 78758** | | $0.00 | Travis CAD | $16,623,323.00 |
| 55.7. | **11009 Metric Blvd., Austin, TX 78758** | | $0.00 | Travis CAD | $12,484,927.00 |
| 55.8. | **11109 Metric Blvd., Austin, TX 78758** | | $0.00 | Travis CAD | $8,231,275.00 |
| 55.9. | **1901 W. Braker Lane, Austin, TX 78758** | | $0.00 | Travis CAD | $8,994,294.00 |

| Debtor | WC Braker Portfolio, LLC | Case number (If known) | 22-10293-tmd |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.10. | 1817 W. Braker Lane, Austin, TX 78758 | | $0.00 | Travis CAD | $12,123,696.00 |
| 55.11. | 11500 Metric Blvd., Austin, TX 78758 | | $0.00 | Travis CAD | $28,074,454.00 |

56. **Total of Part 9.** $162,797,682.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **WC Braker Portfolio, LLC** | Case number *(If known)* **22-10293-tmd** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,509,824.41 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $810,469.86 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $218,360.24 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......>* | | $162,797,682.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $11,538,654.51 + 91b. | $162,797,682.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $174,336,336.51 |

**Fill in this information to identify the case:**

Debtor name: **WC Braker Portfolio, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **22-10293-tmd**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A – Amount of claim (Do not deduct the value of collateral.) | Column B – Value of collateral that supports this claim |
|---|---|---|
| **2.1** **ATX Braker SR, LLC** — Creditor's Name<br>11755 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90025<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>1836, 1908, 2100 Kramer Lane<br>1817, 1901, 1909, 1910 W. Braker Lane<br>11009, 11101, 11109, 11500 Metric Blvd.<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,876,895.62 | $162,797,682.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $73,876,895.62

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Gibson, Dunn & Crutcher LLP<br>Attn: Jesse Shapiro<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Line **2.1** | |

| Debtor | **WC Braker Portfolio, LLC** | Case number (if known) | **22-10293-tmd** |
|---|---|---|---|
| | Name | | |

**Gibson, Dunn & Crutcher LLP**
**Attn: Mitchell A. Karlan**
**200 Park Avenue**
**New York, NY 10166-0193**

Line __2.1__

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WC Braker Portfolio, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-10293-tmd** |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**City of Austin**<br>**PO Box 2267**<br>**Austin, TX 78783-2267**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $197,344.36 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Endeavor Real Estate Group, Ltd.**<br>**500 W. 5th Street, Suite 700**<br>**Austin, TX 78701**<br><br>Date(s) debt was incurred **11/19/2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | $417,039.09 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Grande Communication**<br>**PO Box 679367**<br>**Dallas, TX 75267**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $630.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Inoca Holdco II LLC**<br>**FCS Fox Commercial Services LLC**<br>**PO Box 19047**<br>**Austin, TX 78760**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $20,821.75 |

| Debtor | WC Braker Portfolio, LLC | Case number (if known) | 22-10293-tmd |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Lee Structured Cabling Inc.**<br>**3007 Longhorn Blvd., Ste. 109**<br>**Austin, TX 78758** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,227.44** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Merch Revolution LLC**<br>**Haute Rock Creative**<br>**1901 W. Braker Ln., Ste. D-200**<br>**Austin, TX 78758** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,700.81** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Spectrum Business**<br>**PO Box 60074**<br>**City of Industry, CA 91716-0074** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$321.48** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **utility**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Texas Gas Service**<br>**PO Box 219913**<br>**Kansas City, MO 64121-9913** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,123.61** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **utility**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Waste Connections**<br>**Lone Star Inc.**<br>**PO Box 742695**<br>**Cincinnati, OH 45274-2695** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,322.85** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **utility**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Xoriant Corporation**<br>**2522 Chambers Road, Ste. 100**<br>**Tustin, CA 92780** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,967.58** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **The Deitch Law Offices**<br>**800 Rio Grande**<br>**Austin, TX 78701** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **WC Braker Portfolio, LLC** | Case number (if known) | **22-10293-tmd** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 675,498.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 675,498.97 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WC Braker Portfolio, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-10293-tmd |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 24 months | Action Behavior Centers LLC<br>1600 Westlake Dr.<br>Austin, TX 78746 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 26 months | ADT Security Services Inc.<br>1817 W. Braker Ln, F-300-F-400<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 13 months | Airship Syndicate Entertainment Inc.<br>11500 Metric Blvd., Ste. 430<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 16 months | Aptara Inc. dba iEnergizer<br>2901 Telestar Ct., Ste. 522<br>Falls Church, VA 22042 |
| | List the contract number of any government contract | | |

| Debtor 1 | WC Braker Portfolio, LLC | | | Case number (*if known*) | 22-10293-tmd |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 10 months | Arrow Electronics Inc.<br>5201 Tennyson Pkwy., Ste. 200<br>Plano, TX 75024 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 21 months | Atkins North America Inc.<br>City Plaza<br>445 North Blvd., Ste. 805<br>Baton Rouge, LA 70802 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | | Braun Intertec Corporation<br>fka W&M Environmental Group LLC<br>1101 Hampshire Ave.<br>Minneapolis, MN 55438 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 54 months | Caffrey & Company LLC<br>2100 Kramer Ln. Ste. 100<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 15 months | CallFire Inc.<br>1410 2nd St., Ste. 200<br>Santa Monica, CA 90401 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | | Central Security Group Inc.<br>2448 E. 81st St., 43rd Floor<br>Tulsa, OK 74137 |
| | List the contract number of any | | |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     Page 2 of 8

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | WC Braker Portfolio, LLC | | Case number (*if known*) | 22-10293-tmd |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | | government contract | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | | **Clarus Vision LLC**<br>**1826 Kramer Lane, Ste. G**<br>**Austin, TX 78758** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | **21 months** | **David Simmons**<br>**1910 West Braker Ln., Ste. 400**<br>**Austin, TX 78758** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | **65 months** | **Double Line Inc.**<br>**1817 Kramer Lane**<br>**Bldg. F, Ste. 100**<br>**Austin, TX 78758** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | **3 months** | **eOne Integrated Business Solutions LLC**<br>**2632 47th Street S., Ste. 111**<br>**Fargo, ND 58104** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | **18 months** | **Excel Fitness Holdings Inc.**<br>**dba Planet Fitness**<br>**1901 W. Braker Ln., Ste. D-400**<br>**Austin, TX 78758** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | **George P. Johnson Company**<br>**3600 Giddings Rd.**<br>**Auburn Hills, MI 48326** |

| Debtor 1 | WC Braker Portfolio, LLC | | | Case number (*if known*) | 22-10293-tmd |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 52 months | Gursel, LLC<br>Attn: Gursel J. Shabani<br>11701 Hidden Quail Dr.<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 51 months | Halal Brothers LLC<br>1910 W. Braker Ln., Ste. 800<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 27 months | HGR Industrial Surplus Inc.<br>20001 Euclid Ave.<br>OH 44170 |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 76 months | Honor Technology Inc.<br>201 Third St., Ste. 1010<br>San Francisco, CA 94103 |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 7 months | Howmedica Osteonics Corp.<br>dba Styker Orthopedics<br>11500 Metric Blvd., Ste. 495<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |

| Debtor 1 | WC Braker Portfolio, LLC | | Case number (if known) | 22-10293-tmd |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 32 months | Image API, Inc.<br>2100 Kramer Ln., Ste. 700<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 36 months | J. Wales Enterprises LLC<br>4809 Century Dr.<br>Fort Worth, TX 76140 |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 26 months | Kibo Software Inc.<br>104 Decker Ct., #110<br>Irving, TX 75062 |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 28 months | Kinetics Systems, Inc.<br>3083 Independence Dr.<br>Livermore, CA 94551 |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 36 months | Kroem Lanh/Central Donut<br>11505 Lake Victors Dr.<br>Pflugerville, TX 78660 |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 18 months | Lite-On, Inc.<br>1826 Kramer Lane<br>Bldg. A, Ste. D<br>Austin, TX 78758 |
| | List the contract number of any | | |

| Debtor 1 | WC Braker Portfolio, LLC | | Case number (if known) | 22-10293-tmd |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| | | government contract | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 48 months | Lone Star Capital Bank, NA<br>1910 W. Braker Lane<br>Bldg. 3, Ste. 100<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 19 months | MCRT Gulf Coast<br>Southwest Construction LLC<br>5910 N. Central Expy., Ste. 1100<br>Dallas, TX 75206 |
| | List the contract number of any government contract | | |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 3 months | Merch Revolution LLC<br>Haute Rock Creative<br>1901 W. Braker Ln., Ste. D-200<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 29 months | Motoza LLC<br>2100 Kramer Ln., Ste. 750<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 29 months | ONLINEMEDED LLC<br>11500 Metric Blvd., Ste. 330<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | Owlchemy Labs Inc.<br>8920 Business Park Dr., Ste. 110<br>Austin, TX 78759 |

| Debtor 1 | WC Braker Portfolio, LLC | | | Case number (*if known*) | 22-10293-tmd |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 12 months | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 1 month | Prismnet Ltd.<br>11500 Metric Blvd.<br>Bldg. M2, Ste. 280<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 72 months | Rainbow Pizza LLC<br>Domino's Pizza<br>216 W. Village Rd., Ste. 302<br>Corpus Christi, TX 78401 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 48 months | Raymond Construction Co., Inc.<br>3100 Research Dr., Ste. 100<br>Richardson, TX 75082 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 76 months | Smith & Nephew Inc.<br>11101 Metric Blvd., Ste. I-100-I-200<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
|---|---|---|---|
| | State the term remaining | 3 months | Subway Real Estate Corp.<br>325 Bic Drive<br>Milford, CT 06461 |
| | List the contract number of any government contract | | |

| Debtor 1 | **WC Braker Portfolio, LLC** | | Case number *(if known)* | **22-10293-tmd** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 13 months | The Terminix International Company LP<br>1836 Kramer<br>Bldg. A, Ste. F<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 42 months | United Technologies Corporation<br>Pratt & Whitney Division<br>1909 W. Braker Lane<br>Bldg. E, Ste. 300<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | real property lease | |
| | State the term remaining | 16 months | Virtuix Inc.<br>1826 Kramer Ln., Ste. H<br>Austin, TX 78758 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **WC Braker Portfolio, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known): 22-10293-tmd

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Natin Paul** | 814 Lavaca Street<br>Austin, TX 78701 | ATX Braker SR, LLC | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

---

Official Form 206H     Schedule H: Your Codebtors     Page 1 of 1
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy