UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In Re: WC BRAKER PORTFOLIO, LLC | § | Case No. 22-10293-tmd |
| | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

# **DEBTOR'S RESPONSE TO THE ORDER TO SHOW CAUSE**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE

COMES NOW, WC Braker Portfolio, LLC ("WC Braker" or "Debtor"), and files this Response to the Court's *Order to Show Cause* (the "OSC"). The Debtor, a World Class entity, acknowledges the Court's prior position and does not oppose the appointment of a chapter 11 trustee as a court appointed fiduciary that will continue to operate this real estate entity, which is a viable, cash flowing, operating asset. For purposes of informing the Court and the United States Trustee, the Debtor would show as follows:

1. Debtor filed this case after a secured noteholder pursued its aggressive tactics to take over the Debtor's properties. Prior to filing the bankruptcy, Debtor was in active negotiations with the original lender, J.P. Morgan Chase, to refinance the secured loan. Based on conversations J.P. Morgan Chase, Debtor understood that the J.P. Morgan Chase was not going to pursue foreclosure on May 3rd due to the anticipated replacement loan.

2. On Friday April 29th, just a few days prior to the noticed foreclosure, J.P. Morgan Chase sold the note to ATX Braker SR, LLC ("Mortgage Noteholder"), a Karlin Real Estate entity. Previously, ATX Braker, LLC (the "Mezzanine Noteholder"), an affiliate of the Mortgage Noteholder (together with the Mortgage Noteholder, the "Noteholders"), had purchased a note

entered into by the sole member of the Debtor, WC Braker Portfolio B, LLC that was secured by the member's interest in the Debtor. The Mezzanine Lender attempted to conduct a UCC foreclosure sale but was enjoined from foreclosing due to the irregularities in its foreclosure process.

3. The Mortgage Noteholder advised the Debtor that it was going forward with the foreclosure, notwithstanding the pending refinancing of the debt of the Mortgage Noteholder and the Mezzanine Noteholder. The Mortgage Noteholder's intention to proceed with the foreclosure sale was due to the failed UCC foreclosure attempt of Mezzanine Noteholder on the equity interest in the Debtor. The Noteholders apparently did not want to be paid in full but instead wanted to take the Debtor's properties and capitalize upon the Debtor's massive equity position of at least $60 million.

4. Debtor is in the commercial real estate business and leases out commercial office space to many different businesses. The Debtor's assets consist of 11 parcels of commercial properties in north central Austin along Braker Lane, Kramer Lane, and Metric Blvd. (the "Properties"). At the time of filing the petition, approximately twenty-nine entities had leases with the Debtor and generate approximately $600,000 in monthly rent.

5. Prior to filing the voluntary petition, the Debtor engaged with a third-party to refinance the debt owed to the Mortgage Borrower and the Mezzanine Noteholder. For reasons beyond its control, the Debtor was not able to complete the refinancing to take out the Noteholders prior to the scheduled foreclosure date. When the Mortgage Noteholder acquired the mortgage note from J.P. Morgan Chase the week before the previously scheduled foreclosure date, the Mortgage Noteholder and advised the Debtor that it was going forward with the foreclosure, notwithstanding the pending refinancing of the debt of the Mortgage Noteholder and the

Mezzanine Noteholder. Debtor's only option to protect its equity position was to seek protection under Chapter 11.

6. The Debtor's eleven parcels of property are appraised by Travis County at approximately $163 million. The Noteholders have two loans that total approximately $100 million. The Noteholders attempts to foreclose are a naked attempt to convert the equity in Debtor's properties into a massive windfall for themselves.

7. Debtor has at approximately 29 current leases over the 11 properties. Those leases generate significant monthly income the disposition of which has been dictated by the terms of the underlying mortgage and related agreements. Between the income and the massive equity cushion in the property, Debtor is confident that the Noteholders are adequately protected. Additionally, given the operations and the equity, the Debtor strongly asserts that under its management, it would be able to refinance the debt under favorable terms to pay all administrative, secured, priority, and unsecured claims in full. With a realization that the Court will most likely order the appointment of a chapter 11 trustee, the Debtor respectfully requests that the Court and the United States Trustee consider the facts herein and appoint a person or entity with operational experience and that will consider all of the components of this case and not make significant decisions in haste.

WHEREFORE the Debtor does not oppose the entry of an order directing the appointment of a chapter 11 trustee.

Respectfully Submitted:

/s/ Todd Headden
Ron Satija
Bar Number: 24039158
Todd Headden
Bar Number: 24096285
Hayward PLLC
901 MoPac Expressway South
Building 1, Suite 300

Austin, TX 78746
(737) 881-7100
rsatija@haywardfirm.com
theadden@haywardfirm.com
PROPOSED COUNSEL FOR WC
BRAKER PORTFOLIO, LLC

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of foregoing motion was filed on May 23, 2022 using the CM/ECF system which will send notification on all parties requesting such notice. Additionally, within one business day thereafter, the pleadings was served by U.S. postal service upon the parties listed on the attached matrix.

                 /s/ *Todd Headden*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 22-10293-tmd<br>Western District of Texas<br>Austin<br>Mon May 23 12:11:13 CDT 2022 | WC Braker Portfolio, LLC<br>814 Lavaca Street<br>Austin, TX 78701-2316 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ADT Security Services Inc.<br>1817 W. Braker Ln, F-300-F-400<br>Austin, TX 78758-3626 | ATX BRAKER SR, LLC<br>11755 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-1519 | ATX BRAKER, LLC<br>11755 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-1519 |
| ATX Braker SR, LLC<br>c/o Liz Boydston<br>Polsinelli PC<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201-1623 | ATX Braker, LLC<br>c/o Liz Boydston<br>Polsinelli PC<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201-1623 | Action Behavior Centers LLC<br>1600 Westlake Dr.<br>Austin, TX 78746-3740 |
| Airship Syndicate Entertainment Inc.<br>11500 Metric Blvd., Ste. 430<br>Austin, TX 78758-4043 | Aptara Inc. dba iEnergizer<br>2901 Telestar Ct., Ste. 522<br>Falls Church, VA 22042-1263 | Arrow Electronics Inc.<br>5201 Tennyson Pkwy., Ste. 200<br>Plano, TX 75024-4129 |
| Atkins North America Inc.<br>City Plaza<br>445 North Blvd., Ste. 805<br>Baton Rouge, LA 70802-5742 | Austin's Colony<br>c/o Cagle Pugh<br>4304 Westbank Dr.<br>Bldg. A Ste. 150<br>Austin, TX 78746 | Austin's Colony Homeowners Association,<br>c/o Pamco Inc.<br>700 Market St.<br>Bldg. 3<br>Cedar Park, TX 78613-2683 |
| Braun Intertec Corporation<br>fka W&M Environmental Group LLC<br>1101 Hampshire Ave.<br>Minneapolis, MN 55438 | Caffrey & Company LLC<br>2100 Kramer Ln. Ste. 100<br>Austin, TX 78758-4098 | CallFire Inc.<br>1410 2nd St., Ste. 200<br>Santa Monica, CA 90401-3349 |
| Central Security Group Inc.<br>2448 E. 81st St., 43rd Floor<br>Tulsa, OK 74137-4250 | City of Austin<br>PO Box 2267<br>Austin, TX 78783-2267 | Clarus Vision LLC<br>1826 Kramer Lane, Ste. G<br>Austin, TX 78758-4239 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | David Simmons<br>1910 West Braker Ln., Ste. 400<br>Austin, TX 78758-4175 | Davila General Contractors LLC<br>821 San Antonio St., Ste. 500<br>Austin, TX 78701 |
| Double Line Inc.<br>1817 Kramer Lane<br>Bldg. F, Ste. 100<br>Austin, TX 78758 | Excel Fitness Holdings Inc.<br>dba Planet Fitness<br>1901 W. Braker Ln., Ste. D-400<br>Austin, TX 78758-4090 | George P. Johnson Company<br>3600 Giddings Rd.<br>Auburn Hills, MI 48326-1515 |
| Gibson, Dunn & Crutcher LLP<br>Attn: Jesse Shapiro<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | Gibson, Dunn & Crutcher LLP<br>Attn: Mitchell A. Karlan<br>200 Park Avenue<br>New York, NY 10166-4799 | Grande Communication<br>PO Box 679367<br>Dallas, TX 75267-9367 |

| | | |
|---|---|---|
| Gursel, LLC<br>Attn: Gursel J. Shabani<br>11701 Hidden Quail Dr.<br>Austin, TX 78758-3666 | Halal Brothers LLC<br>1910 W. Braker Ln., Ste. 800<br>Austin, TX 78758-4179 | Honor Technology Inc.<br>201 Third St., Ste. 1010<br>San Francisco, CA 94103-3129 |
| Howard E. Schreiber<br>c/o Hunton Andrews Kurth LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202-2755 | Howmedica Osteonics Corp.<br>dba Styker Orthopedics<br>11500 Metric Blvd., Ste. 495<br>Austin, TX 78758-4145 | Image API, Inc.<br>2100 Kramer Ln., Ste. 700<br>Austin, TX 78758-4105 |
| Inoca Holdco II LLC<br>FCS Fox Commercial Services LLC<br>PO Box 19047<br>Austin, TX 78760-9047 | J. Wales Enterprises LLC<br>4809 Century Dr.<br>Fort Worth, TX 76140-1529 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Kibo Software Inc.<br>104 Decker Ct., #110<br>Irving, TX 75062-2757 | Kimberly A. Walsh<br>Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | Kinetics Systems, Inc.<br>3083 Independence Dr.<br>Livermore, CA 94551-7707 |
| Kroem Lanh/Central Donut<br>11505 Lake Victors Dr.<br>Pflugerville, TX 78660 | Lee Structured Cabling Inc.<br>3007 Longhorn Blvd., Ste. 109<br>Austin, TX 78758-7632 | Lite-On, Inc.<br>1826 Kramer Lane<br>Bldg. A, Ste. D<br>Austin, TX 78758-4239 |
| Lone Star Capital Bank, NA<br>1910 W. Braker Lane<br>Bldg. 3, Ste. 100<br>Austin, TX 78758-4024 | MCRT Gulf Coast<br>Southwest Construction LLC<br>5910 N. Central Expy., Ste. 1100<br>Dallas, TX 75206-5488 | Merch Revolution LLC<br>Haute Rock Creative<br>1901 W. Braker Ln., Ste. D-200<br>Austin, TX 78758-4088 |
| Merch. & Prof. Credit Bureau<br>5508 Parkcrest Dr Ste 210<br>Austin, TX 78731-4929 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 | Midland Funding LLC<br>Attn: Bankruptcy PO Box 939069<br>San Diego, CA 92193-9069 |
| Midland Funding LLC<br>Po Box2011 Warren MI 48090 | Motoza LLC<br>2100 Kramer Ln., Ste. 750<br>Austin, TX 78758-4010 | ONLINEMEDED LLC<br>11500 Metric Blvd., Ste. 330<br>Austin, TX 78758-4102 |
| Owlchemy Labs Inc.<br>8920 Business Park Dr., Ste. 110<br>Austin, TX 78759-7498 | PJS of Texas, Inc.<br>1304 W. Oltorf Street<br>Attn: Andy Perez, Accounting Manager<br>Austin, TX 78704-5333 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Potts Automotive<br>1401 PowerLn<br>Cedar Park, TX 78613-7270 | Prismnet Ltd.<br>11500 Metric Blvd.<br>Bldg. M2, Ste. 280<br>Austin, TX 78758-4042 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc PO Box 788<br>Kirkland, WA 98083-0788 | Radius Global Solutions LLC<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Rainbow Pizza LLC<br>Domino's Pizza<br>216 W. Village Rd., Ste. 302<br>Corpus Christi, TX 78408 |
| Rausch Strum Israel Enerson & Hornill<br>15660 Dallas Pkwy Ste 350<br>Dallas, TX 75248-3344 | Raymond Construction Co., Inc.<br>3100 Research Dr., Ste. 100<br>Richardson, TX 75082-3503 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| Santander Consumer USA<br>PO Box 660633<br>Dallas, TX 75266-0633 | Scott & Associates PC<br>PO Box 115220<br>Carrollton, TX 75011-5220 | Seth Kretzer<br>c/o Lynnette Warman<br>Culhane Meadows PLLC<br>13101 Preston Rd., Ste 110-1593<br>Dallas TX 75240-5237 |
| Smith & Nephew Inc.<br>11101 Metric Blvd., Ste. I-100-I-200<br>Austin, TX 78758-4019 | Southwest Credit Systems LP<br>4120 International Pkwy Ste 1100<br>Carrollton, TX 75007-1958 | Spectrum Business<br>PO Box 60074<br>City of Industry, CA 91716-0074 |
| (c)SUBWAY REAL ESTATE CORP.<br>325 SUB WAY<br>MILFORD CT 06461-3081 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/ CC Discount Tire<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Texas Comptroller of Public Accounts<br>c/o Kimberly A. Walsh<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Department of Transportation<br>12719 Burnet Rd<br>Austin, TX 78727-4207 | Texas Gas Service<br>PO Box 219913<br>Kansas City, MO 64121-9913 |
| The Terminix International Company LP<br>1836 Kramer<br>Bldg. A, Ste. F<br>Austin, TX 78758 | USAA FEDERAL SAVINGS BANK<br>C/O: WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | USAA Federal Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX 78288-0570 |
| United Consumer Financial Services<br>Attn: Bankruptcy 865 Bassett Rd<br>Westlake, OH 44145-1194 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 | United Consumer Financial Services<br>c/o Patti Bass<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, A:Z 85712-1083 |
| United States Trustee<br>903 San Jacinto, #230<br>Austin, TX 78701-2450 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | United Technologies Corporation<br>Pratt & Whitney Division<br>1909 W. Braker Lane<br>Bldg. E, Ste. 300<br>Austin, TX 78758-4085 |
| Virtuix Inc.<br>1826 Kramer Ln., Ste. H<br>Austin, TX 78758-4239 | Waste Connections<br>Lone Star Inc.<br>PO Box 742695<br>Cincinnati, OH 45274-2695 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus MAC X2303-01A<br>Des Moines, IA 50328-0001 |

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>MAC F823F-02F<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>PO Box 10438 MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank. N.A.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663 |
| Xoriant Corporation<br>2522 Chambers Road, Ste. 100<br>Tustin, CA 92780-6962 | eOne Integrated Business Solutions LLC<br>2632 47th Street S., Ste. 111<br>Fargo, ND 58104-8571 | Todd Brice Headden<br>Hayward PLLC<br>901 Mopac Expressway South<br>Building 1, Suite 300<br>Austin, TX 78746-5776 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>Attn: Jennifer Lewin<br>383 Madison Avenue<br>New York, NY 10179 | Portfolio Recovery Associates, LLC<br>PO Box41067<br>Norfolk, VA 23541-1067 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Subway Real Estate Corp.
325 Bic Drive
Milford, CT 06461

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ATX Braker SR, LLC<br>11755 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90025-1519 | (u)HGR Industrial Surplus Inc.<br>20001 Euclid Ave.<br>OH 44170 | (d)Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

End of Label Matrix
Mailable recipients    95
Bypassed recipients     3
Total                  98