**Expedited hearing shall be held on 12/19/2022 at 10:45 AM in https://us-courts.webex.com/meet/Davis via Webex or Phone. Call 650-479-3207 Code:160 704 4630. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 03, 2022**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE:<br><br>WC BRAKER PORTFOLIO, LLC,<br><br>DEBTOR. | CASE NO. 22-10293-TMD<br><br>CHAPTER 11 |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING**

On this date came on for consideration the Motion ("Motion to Expedite") filed by Dawn Ragan, the Chapter 11 Trustee ("Movant"), requesting an expedited hearing on her *Chapter 11 Trustee's Motion For Entry Of (I) An Order (A) Approving Bid Procedures In Connection With The Sale Of The Debtor's Property, B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (C) Approving Stalking Horse Bidder (D) Scheduling An Auction And Hearing To Approve Sale Of Property, (E) Approving Form And Manner Of Notices Related Thereto, And (F) Granting Related Relief; And (II) An Order Authorizing And Approving (A) The Sale Of The Debtor's Property Free And Clear Of Liens, Claims, Rights, Encumbrances, And Other Interests, And (B) Related Relief* ("Sale

Motion") filed on November 23, 2022 [Dkt. No. 230]. The Court finds that the Motion should be granted as set forth below.

**ACCORDINGLY IT IS, THEREFORE, ORDERED** that the Sale Motion is scheduled for an expedited hearing on _____, 2022 at \_\_\_\_\_ **p.m. (Central)**.

The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

# # # END OF ORDER # # #

Prepared By:

*/s/ Nancy Ribaudo*
Michael McConnell
Texas Bar No. 13447300
Nancy Ribaudo
Texas Bar No. 24026066
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email:michael.mcconnell@kellyhart.com; nancy.ribaudo@kellyhart.com

*Counsel for Dawn Ragan, Chapter 11 Trustee*

3647308