**Expedited hearing shall be held on 1/30/2023 at 01:00 PM in https://us-courts.webex.com/meet/Davis via Webex or Phone. Call 650-479-3207 Code:160 704 4630. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 20, 2023**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE:<br><br>WC BRAKER PORTFOLIO, LLC,<br><br>　DEBTOR. | CASE NO. 22-10293-TMD<br><br>CHAPTER 11 |
| IN RE:<br><br>WC BRAKER PORTFOLIO B, LLC,<br><br>　DEBTOR. | CASE NO. 22-10628-TMD<br><br>CHAPTER 11 |

**ORDER GRANTING CHAPTER 11 TRUSTEES' MOTION FOR
EXPEDITED HEARING TO APPROVE DISCLOSURE STATEMENT
FOR THE JOINT PLAN OF LIQUIDATION FOR
<u>WC BRAKER PORTFOLIO, LLC AND WC BRAKER PORTFOLIO B, LLC</u>**

On this date came on for consideration the Motion ("<u>Motion to Expedite</u>") filed by Dawn Ragan, the chapter 11 trustee for the bankruptcy estate of WC Braker Portfolio, LLC ("<u>Braker Portfolio</u>") and John Patrick Lowe, the chapter 11 trustee for the bankruptcy estate of WC Braker Portfolio B, LLC ("<u>Braker Portfolio B</u>") (collectively the "<u>Trustees</u>"), requesting an expedited hearing to consider approval of their *Disclosure Statement for the Joint Plan of Liquidation* (the

"<u>Disclosure Statement</u>"), filed on January 19, 2023 [Dkt. No. 268]. The Court finds that the Motion should be granted as set forth below.

**ACCORDINGLY IT IS, THEREFORE, ORDERED** that approval of the Disclosure Statement is scheduled for an expedited hearing on _____, 2023 at \_\_\_\_\_ \_.m. **(Central Time)**.

The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

### # # # END OF ORDER # # #

Prepared By:

*/s/ Nancy Ribaudo*
Michael McConnell
Texas Bar No. 13447300
Nancy Ribaudo
Texas Bar No. 24026066
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: michael.mcconnell@kellyhart.com; nancy.ribaudo@kellyhart.com

*Counsel for Dawn Ragan, Chapter 11 Trustee for WC Braker Portfolio, LLC*

and

*/s/ Brian Cumings*
Brian T. Cumings
Texas Bar I.D. 24082822
**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**
401 Congress Ave., Suite 2700
Austin, TX 78701
Telephone: (817) 512-480-5626
Facsimile: (512) 536-9926
Email: BCumings@gdhm.com

*Counsel for John Patrick Lowe, Chapter 11 Trustee for WC Braker Portfolio B, LLC*