

**The relief described hereinbelow is SO ORDERED.**

**Signed February 14, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-10293-TMD |
| WC BRAKER PORTFOLIO, LLC, | CHAPTER 11 |
| DEBTOR. | |

**ORDER GRANTING TRUSTEE'S MOTION
TO APPROVE COMPROMISE AND
SETTLEMENT OF TAX CLAIMS**

Upon consideration of the *Trustee's Motion to Approve Compromise and Settlement of Property Tax Claims* (the "Motion"),[1] filed by Dawn Ragan, the chapter 11 Trustee for the above-captioned debtor ("Debtor"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need

---

[1] All capitalized terms used but not otherwise defined in herein shall have the meanings ascribed to them in the Motion.

be provided; and the Court having reviewed the Motion, any objections, and the record before it; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**, as set forth herein.

2. The proposed Settlements of the Debtor's tax protest claims as described in the Motion and attached as **Exhibit B** thereto are hereby approved in their entirety.

3. The Trustee is authorized to enter into the Settlements and to take any and all actions, and to execute any and all documentation necessary to effectuate the terms of the Settlements and this Order without further order of this Court.

4. The terms and conditions of this Order will be immediately effective and enforceable upon its entry regardless of the applicability of Bankruptcy Rule 6004(h).

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### ### END OF ORDER ###

Submitted by:

Nancy Ribaudo, Texas Bar No. 24026066
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone (817) 878-9377
Facsimile (817) 878-9280
Nancy.Ribaudo@kellyhart.com

*Counsel for Dawn Ragan, Chapter 11 Trustee*