IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>WC BRAKER PORTFOLIO, LLC,<br><br>DEBTOR.[1] | CHAPTER 11<br><br>CASE NO. 22-10293 (TMD) |

**NOTICE OF SUCCESSFUL AND NEXT-HIGHEST BIDDER
WITH RESPECT TO THE AUCTION OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that, on December 21, 2022, the United States Bankruptcy Court for the Western District of Texas, Austin Division, (the "Court") entered an order [Docket No. 251] (the "Bidding Procedures Order"):[2] (i) approving proposed bidding procedures (the "Bidding Procedures") by which Dawn R. Ragan, the Court-appointed chapter 11 trustee (the "Chapter 11 Trustee") for the above-captioned debtor (the "Debtor"), was to solicit and select the highest or otherwise best offer for the sale of Debtor's assets (the "Property"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "Assumption and Assignment Procedures"); (iii) approving the procedures governing the Chapter 11 Trustee's selection of a stalking horse bidder (the "Stalking Horse Bidder"); (iv) scheduling (a) a date for an auction if the Chapter 11 Trustee receives one or more timely and acceptable Qualified Bids (the "Auction") and (b) a final hearing (the "Sale Hearing") to approve one or more Sale transactions; (v) approving the form and manner of notices; and (vi) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on February 14, 2023, at 2:00 p.m. (prevailing Central Time), pursuant to the Bidding Procedures Order, the Chapter 11 Trustee conducted the Auction with respect to the Property.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Chapter 11 Trustee, in consultation with her professionals, selected Braker Metric Business Parks, LLC as the Successful Bidder and ATX Braker SR, LLC (the Stalking Horse Bidder) as the Next-Highest Bidder with respect to the Property.

**PLEASE TAKE FURTHER NOTICE** that the **Sale Hearing** to consider approval of the Sale of Debtor's Property, and assignment of Assigned Contracts (as defined in the Stalking Horse Agreement) to the Successful Bidder and Next-Highest Bidder, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be

---

[1] The last four digits of the Debtor's federal employer identification number are 2115. The Debtor's address is 814 Lavaca Street, Austin, Texas 78701.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

**held before the Honorable H. Christopher Mott of the United States Bankruptcy Court for the Western District of Texas, Austin Division, at the Homer J. Thornberry Federal Judicial Building, Courtroom 2, 903 San Jacinto Blvd., Austin, TX 78701 on February 23, 2023, at 10:00 a.m. (Central Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in this Case.

**PLEASE TAKE FURTHER NOTICE** that any objections (a) to the manner in which the Auction was conducted, (b) to the identity of the Successful Bidder or Next-Highest Bidder, other than the Stalking Horse Bidder, and/or (c) based on the ability of the Successful Bidder or Next-Highest Bidder, other than the Stalking Horse Bidder, to provide adequate assurance of future performance to counterparties to executory contracts and unexpired leases contemplated to be assumed and assigned to the Successful Bidder or Next-Highest Bidder, must be filed with the Court no later than **February 21, 2023 at 4:00 p.m. (Central Time)**; *provided*, that the deadline for any party who did not receive an Assumption Notice prior to the date that is seven (7) days before the Sale Hearing to assert a Contract Objection shall be seven (7) days after the later of (i) the date of service of such Assumption Notice and (ii) the Post-Auction Notice. Attached as Exhibit 1 to the notices previously filed with the Court [Docket Nos. 253 and 281] is a list of the executory contracts and leases proposed to be assumed and assigned to the Successful Bidder and/or Next-Highest Bidder (the "Available Contracts List").

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Chapter 11 Trustee will seek Court approval of the Successful Bid and the Next-Highest Bid, and the assumption and assignment of Assumed Contracts to the Successful Bidder and/or Next-Highest Bidder (as applicable). Unless the Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale and there will be no further bidding at the Sale Hearing. In the event that the Successful Bidder cannot or refuses to consummate the Sale because of the breach or failure on the part of the Successful Bidder, the Next-Highest Bidder will be deemed the new Successful Bidder and the Chapter 11 Trustee shall be authorized, but not required, to close with the Next-Highest Bidder on the Next-Highest Bid (which Bid shall be calculated in accordance with the terms of the Bid Procedures) without further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the terms and conditions of the Motion, the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Chapter 11 Trustee encourages parties in interest to review such documents in their entirety. Parties with questions regarding this Notice should contact the Chapter 11 Trustee's counsel at Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102, Attn: Nancy Ribaudo (email: nancy.ribaudo@kellyhart.com).

Dated: February 16, 2023 Respectfully Submitted,

*/s/ Nancy Ribaudo*
Michael McConnell
Texas Bar No. 13447300
Nancy Ribaudo
Texas Bar No. 24026066
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9777
Email: nancy.ribaudo@kellyhart.com

***Counsel for Dawn Ragan, Chapter 11 Trustee***

# **CERTIFICATE OF SERVICE**

       I hereby certify that on February 16, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served through the CM-ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case and via first class mail or via CM-ECF as indicated to the parties listed below and on the attached list.

VIA CM-ECF:

DEBTOR'S COUNSEL
Todd Brice Headden theadden@haywardfirm.com
Ron Satija rjatija@haywardfirm.com

ATX BRAKER SR, LLC'S COUNSEL
Elizabeth Boydston lboydston@polsinelli.com
Keith R. Martorana KMartorana@gibsondunn.com
Matthew G. Bouslog MBouslog@gibsondunn.com

UNITED STATES TRUSTEE
John C. Roy casey.roy@usdoj.gov

ADDITIONAL ECF PARTIES
Stephen J. Humeniuk, Counsel for Airship Syndicate Entertainment, Inc.
stephen.humeniuk@lockelord.com
Stephen Lemmon, Counsel for Alliance Transportation Group, Inc. Lemmon lemon@slollp.com,
Seth E. Meisel, Counsel for Caffrey & Company, LLC smeisel@dbcllp.com,
Kimberly A. Walsh, Counsel for Texas Comptroller of Public, Accounts, Revenue Accounting Division bk-kwalsh@oag.texas.gov
Richard Grant, Counsel for Seth Kretzer rgrant@cm.law
Lynnette Warman, Counsel for Seth Kretzer lwarman@cm.law
Jason A. Starks, Counsel for Travis County, bkecf@traviscountytx.gov
Ivo Keller, Counsel for Owlchemistry Labs, Inc. ivo@ssllawfirm.com
John Patrick Lowe, pat.lowe.law@gmail.com
Brian Talbot Cumings, bcumings@gdhm.com
Michael Deitch, Counsel for Endeavor Real Estate Group, Ltd. mike@deitchlaw.com

                                              */s/ Nancy Ribaudo*
                                              Nancy Ribaudo

3644923.5

Full WC Braker Matrix & Tenant
Case No. 22-10293
Updated 01 26 2023
3674631_2.docx

| | | |
|---|---|---|
| WC Braker Portfolio, LLC<br>814 Lavaca St.<br>Austin, TX 78701-2316 | United States Trustee<br>903 San Jacinto, #230<br>Austin, TX 78701-2450 | Astound<br>100 Baltimore Drive<br>Wilkes-Barre PA 18702 |
| Airship Syndicate Entertainment, Inc.<br>Attn: Ryan Stefanelli, President<br>3310 W Braker Lane, Suite 300-553<br>Austin, TX 78758 | Aptara Inc.<br>11009 Metric Blvd. J. Suite 150<br>Austin, TX 78758 | Arrow Electronics, Inc.<br>11500 Metric Boulevard, Suite 300<br>Austin, Texas 78758 |
| Action Behavior Centers, LLC<br>2100 Kramer Lane, Ste. 150<br>Austin, TX 78758 | ADT Security Services, Inc.<br>1817 W. Braker Ln., F-300-F-400<br>Austin, TX 78758 | Aptara Inc.<br>2901 Telestar Ct., Ste. 522<br>Falls Church, VA 22042 |
| Atkins North America, Inc.<br>4030 West Boy Scout Boulevard, Suite 700<br>Tampa, Florida 33607<br>Attn: General Counsel and Chief Financial Officer | Atkins North America, Inc.<br>City Plaza<br>445 North Blvd., Ste. 805<br>Baton Rouge, LA 70802 | Arrow Electronics, Inc.<br>5201 Tennyson Pkwy., Ste. 200<br>Plano, TX 75024 |
| Braun Intertec Corporation<br>fka W&M Environmental Group LLC<br>1101 Hampshire Ave.<br>Minneapolis, MN 55438 | Caffrey & Company, LLC<br>2100 Kramer Avenue, Suite 100<br>Austin, TX 78758<br>Attn: Chris Caffrey | CallFire Inc.<br>1410 2nd St., Ste. 200<br>Santa Monica, CA 90401 |
| CallFire Inc.<br>1901 Kramer Lane<br>Building D, Suite 100<br>Austin, TX 78758 | Double Line, Inc.<br>Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201-2689<br>Attn: Shannon Stapp, Esq. | George P. Johnson Company<br>11109 Metric Boulevard, Suite 130<br>Austin, Texas 78758<br>Attn: Jennifer Shifman, VP and General Manager |
| Clarus Vision, LLC<br>1826 Kramer Lane, Ste. G<br>Austin, TX 78758 | Central Security Group Inc.<br>2448 E. 81st St., 43rd Floor<br>Tulsa, OK 74137 | City of Austin<br>P.O. Box 2267<br>Austin, TX 78783-2267 |
| David C. Simmons<br>1910 West Braker Ln., Ste. 400<br>Austin, TX 78758 | Davila General Contractors LLC<br>2100 Kramer Lane, Suite 900<br>Austin, TX 78758 | ADT Security Services, Inc.<br>1035 North 3rd Street, Suite 101<br>Lawrence, KS 66044<br>Attn: Real Estate Dept. |
| Endeavor Real Estate Group<br>c/o Michael Deitch<br>Mary Lopez Dale<br>The Deitch Law Offices<br>800 Rio Grande<br>Austin, TX 78701 | eOne Integrated Business Solutions, LLC<br>2632 47th St. S, Suite 111<br>Fargo, ND 58104 | Excel Fitness Holdings Inc.<br>dba Planet Fitness<br>1901 W. Braker Ln., Ste. D-400<br>Austin, TX 78758 |

| | | |
|---|---|---|
| George P. Johnson Company<br>3600 Giddings Rd.<br>Auburn Hills, MI 48326 | Grande Communication<br>P.O. Box 679367<br>Dallas, TX 75267 | Gursel, LLC<br>Attn: Gursel J. Shabani<br>11701 Hidden Quail Dr.<br>Austin, TX 78758 |
| Howmedica Osteonics Corp.<br>dba Stryker Orthopaedics<br>c/o Jeremy S. Piccini LLP<br>Bertone Piccini LLP<br>777 Terrace Avenue, Suite 201<br>Hasbrouck Heights, NJ 07604 | HGR Industrial Surplus, Inc.<br>20001 Euclid Ave.<br>Euclid, OH 44170 | Halal Brothers, LLC<br>1910 W. Braker Ln., Ste. 800<br>Austin, TX 78758 |
| Honor Technology, Inc.<br>2600 Lake Lucien Drive, Suite 180<br>Maitland, Florida 32751 | Honor Technology, Inc.<br>Kareem Hajjar<br>3144 Bee Caves Road<br>Austin, Texas 78746 | Howmedica Osteonics Corp.<br>dba Stryker Orthopedics<br>Stryker Orthopaedics<br>325 Corporate Drive<br>Mahawah, NJ 07430<br>Attn: Sales/Finance |
| Image API, Inc.<br>2100 Kramer Ln., Ste. 700<br>Austin, TX 78758 | Image API, Inc.<br>1817 Braker Lane, Suite 330<br>Austin, Texas 78758<br>Attn: Kristy Davis | Howard E. Schreiber<br>c/o Hunton Andrews Kurth LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202 |
| Howmedica Osteonics Corp<br>dba Stryker Orthopaedics<br>11500 Metric Blvd., Ste. 495<br>Austin, TX 78758 | Inoca Holdco II, LLC<br>FCS Fox Commercial Services LLC<br>P.O. Box 19047<br>Austin, TX 78760 | Kibo Software, Inc.<br>104 Decker Ct., #110<br>Irving, TX 76052 |
| Kibo Software, Inc.<br>1817 Kramer Lane<br>Building F, Suite 200<br>Austin, TX 78758 | J. Wales Enterprises, LLC<br>4809 Century Dr.<br>Fort Worth, TX 76140 | JPMorgan Chase Bank, N.A.<br>Attn: Jennifer Lewin<br>383 Madison Avenue<br>New York, NY 10179 |
| Kroem Lanh/Central Donut<br>1910 West Braker Lane<br>Austin, TX 78758 | Integra LifeSciences Holdings Corporation<br>1100 Campus Road<br>Princeton, New Jersey 08540 | United Technologies Corporation<br>400 Main Street<br>East Hartford, CT 06108 |
| Kinetics Systems, Inc.<br>3083 Independence Dr.<br>Livermore, CA 94551 | Lone Star Capital Bank, NA<br>1910 W. Braker Lane<br>Bldg. 3, Ste. 100<br>Austin, TX 78758 | Lee Structured Cabling Inc.<br>3007 Longhorn Blvd., Ste. 109<br>Austin, TX 78758 |
| Lite-On, Inc.<br>1826 Kramer Lane<br>Bldg. A, Ste. D<br>Austin, TX 78758 | Motoza LLC<br>2100 Kramer Ln., Ste. 750<br>Austin, TX 78758 | MCRT Gulf Coast<br>Southwest Construction LLC<br>5910 N. Central Expy., Ste. 1100<br>Dallas, TX 75206 |
| Merch Revolution LLC<br>dba Haute Rock Creative<br>1501 E. New Hope Drive<br>Cedar Park, Texas 78641-5100<br>Attn: Melissa Callaway | Merch Revolution LLC<br>Attn: Jeffrey Haynes<br>1502 El Cielo<br>Leander, TX 78641 | MedInc of Texas, L.P.<br>11500 Metric Blvd., Ste. 320<br>Austin, TX 78758<br>Attn: Bryan Osterhaus |

ONLINEMEDED LLC
Slade Cutter, Wittliff | Cutter | Austin, PLLC
1803 West Avenue
Austin, TX 78701

Owlchemy Labs Inc.
c/o Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
Attn: Neela M. Morrison

Potts Automotive
1401 Power Ln.
Cedar Park, TX 78613-7270

PJS of Texas, Inc.
Attn: Andy Perez, Acct. Mgr.
1304 W. Oltorf Street
Austin, TX 78704

Prismnet Ltd.
Attn: Jody Badum
8127 Mesa Dr., B206-113 .
Austin, TX 78759

Raymond Construction Co., Inc.
3100 Research Dr., Ste. 100
Richardson, TX 75082

B4 Pizza, LLC
Rainbow Pizza LLC
d/b/a Domino's Pizza
175 W Southwest Parkway, Suite C
Lewisville, TX 75067
Attn: Mason Burnham

B4 Pizza, LLC
Rainbow Pizza LLC
d/b/a Domino's Pizza
1910 West Braker Lane, Suite 500
Austin, Texas 78758

Smith & Nephew, Inc.
150 Minuteman Rd.
Andover, MA 01810
Attn: Chief Legal & Compliance Officer

Spectrum Business
P.O. Box 60074
City of Industry, CA 91716-0074

Smith & Nephew Inc.
11101 Metric Blvd., Ste. I-100-I-200
Austin, TX 78758

Texas Gas Service
P.O. Box 219913
Kansas City MO 64121-9913

Subway Real Estate Corp.
325 Bic Drive
Milford, CT 06461

The Terminix Int'l Company LP
1826 Kramer
Bldg., A, Ste. F
Austin, TX 78758

United Technologies Realty, Inc.
One Carrier Place
Farmington, CT 06034
Attn: Manage, R.E.

Virtuix Inc.
1826 Kramer Ln., Ste. H
Austin, TX 78758

United Technologies Corp.
Pratt & Whitney Division
1909 W. Braker Lane
Bldg. E, Ste. 300
Austin, TX 78758

WCRE Management, LLC
814 Lavaca St.
Austin, TX 78701

Waste Connections
Lone Star Inc.
P.O. Box 742695
Cincinnati, OH 45274-2695

Xoriant Corporation
2522 Chambers Road, Ste. 100
Tustin, CA 92780

Raymond Construction Co., Inc.
2100 Kramer Lane, Suite 980
Austin, TX 78758

ATX Braker
c/o Mitchell A. Karlan
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

ATX Braker
c/o Jesse Shapiro
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

ATX Braker
c/o Stephen P. McKitt
Polsinelli PC
2950 N. Harwood St., Suite 2100
Dallas, TX 75201

Office of the Attorney General Bankruptcy
& Collections Division
PO Box 12548, M-008
Austin, TX 78711

Travis County Tax Office
P.O. Box 1748
Austin, TX 78767

Travis Central Appraisal District
P.O. Box 149012
Austin, TX 78714-9012

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Travis County
c/o Jason A. Starks
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767

David Simmons
c/o JP Morgan Chase Bank, N.A.
383 Madison Avenue
New York, New York 10179
Attn: Thomas Nicholas Cassino

Austin Tenant Advisors
c/o Nathan K. Smith
Austin Tenant Advisors
9303 San Lucas Rd.
Austin, TX 78737

Cushman & Wakefield
Attn: Ted Doucet, CCIM
405 Colorado Street, Suite 2300
Austin, TX 78701

Owlchemy Labs Inc.
8920 Business Park Dr., Ste. 110
Austin, TX 78759

**Additional Creditors/Interested Parties:**

Ahern Austin
3621 Silver Dollar Cir
Austin, TX 8744-2320

Ahern Rentals, Inc.
c/o Matias Eduardo Garcia
Barnett & Garcia, PLLC
3821 Juniper Trace, Suite 108
Austin, TX 78738

Ahern Rentals, Inc.
8350 Eastgate Road
Henderson, Nevada 89015

Andres Ventura
c/o Walter w. Cardwell, IV, Esq.
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, TX 78701

Austin Tenant Advisors
c/o Nathan Smith
9303 San Lucas Road
Austin, TX 78737

Commercial Flooring Systems, Inc.
5341 Industrial Oaks Blvd.
Austin, TX 78735

Commercial Flooring Systems, Inc.
c/o Sheldon Richie
Richie & Gueringer, P.C.
100 Congress Avenue, Suite 1750
Austin, TX 78701

Cushman & Wakefield
405 Colorado St., Suite 2300
Austin, TX 78701

D.H. Allen
8868 Research Blvd. Suite 307
Austin, TX 78758

D.H. Allen
c/o Mark Hawkins
Armbrust & Brown PLLC
100 Congress Ave., Suite 1300
Austin TX 78701

Double Line Inc.
1410 2nd St, Suite 200
Dallas TX 75201

Empire Roofing Companies, Inc.
16311 Central Commerce Dr.
Pflugerville, TX 78660

eOne Integrated Business Solutions, LLC
1826 Kramer Lane, Bldg. A, Suite E
Austin, TX 78758

Fox Industries, LLC
1106 Smith Road
Austin, TX 78721
Attn: Ben Milam

Jacob Armendariz, individually and dba West Texas Stone Solutions
5206 Orsini Bluffs
Round Rock, TX 78865

Julie Clark & Associates
1700 West Avenue
Austin, TX 78701

Kroem Lanh/Central Donut
910 West Braker Lane
Suite 70
Austin, TX 78758

M&M Manufacturing Company
8301 Springdale Rd. #800
Austin, TX 78724

| | | |
|---|---|---|
| Natin Paul<br>814 Lavaca St<br>Austin, TX 78701 | World Class Property Company, LLC<br>WCRE Management LLC<br>World Class Holdings<br>814 Lavaca St<br>Austin, TX 78701 | Xoriant Corporation<br>Attn: Legal Dept.<br>1248 Reamwood Avenue<br>Sunnyvale, CA 94089 |

**VIA ECF:**

**Via ECF:**
Office of the US Trustee
J. Casey Roy
903 San Jacinto, Ste. 230
Austin, TX 78701
Casey.roy1usdog.gov
ustpregion07.au.ecf@usdoj.gov

**Via ECF:**
Texas Comptroller of Public Accounts
Kimberly A. Walsh
Asst. AG, Bankr. & Coll Div MC008
P.O. Box 12548
Austin, TX 78711-2548

**Via ECF:**
Alliance Transportation Group, Inc. c/o
Stephen W. Lemmon
Streusand Landon Ozburn & Lemmon LLP
1801 S. Mopac Expwy., Suite 320
Austin, TX 78746

**Via ECF:**
WC Braker Portfolio, LLC
Todd Brice Headden
Hayward PLLC
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746-5776

**Via ECF:**
Caffrey & Company LLC
c/o Seth E Meisel
DuBois Bryant & Campbell
303 Colorado St #2300
Austin, TX 78701-0021

**Via ECF:**
Seth Kretzer
c/o Lynnette Warman
Richard Grant
Culhane Meadows PLLC
13101 Preston Rd., Suite 110-1593
Dallas, TX 75240

**Via ECF:**
Airship Syndicate Entertainment, Inc.
Attn: Stephen J. Humeniuk
Locke Lord LLP
600 Congress Ave., Ste. 2200
Austin, TX 78701

**Via ECF:**
ATX Braker
Matthew G. Bouslog
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

**Via ECF:**
ATX Braker
Elizabeth Boydston
Steven McKitt
Polsinelli PC
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201

**Via ECF;**
Keith R. Martorana
Mitchell Karlan
Gibson, Dunn & Crutcher, LLP
200 Part Avenue
New York, NY 10166

**Via ECF:**
Jason A. Starks
c/o Travis County Attorney's Office
Assistant County Attorney
P.O. Box 1748
Austin, TX 78767

**Via ECF**
Owlchemy Labs, Inc.
c/o Ivo Keller, Esq.
SSL Law Firm LLP
505 Montgomery St., Ste. 620
San Francisco, CA 94111